469 A.2d 292

McFeaters, et ux. v. Farchild, Inc., et al., Appellant.

Argued October 26, 1983. William C. Passodelis, for appellant; Leonard Fornella, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

The judgment of the lower court is hereby affirmed.